## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RICKEY DON HIGGINS, on behalf of**                              **PLAINTIFF**
**himself and others similarly situated**

v.                        **CASE NO. 4:17-CV-00794 BSM**

**RIABLE LAW FIRM, INC. d/b/a RIABLE LAW FIRM**
**MARK JUSTIN RIABLE**                                                  **DEFENDANTS**

### ORDER

For the reasons given at the fairness hearing held on Wednesday, April 3, 2019, and discussed in the order granting preliminary approval of the class settlement [Doc. No. 36], final approval of the class settlement is granted because it is "fair, reasonable, and adequate" to the members of both classes. *See In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 932 (8th Cir. 2005). The settlement agreement is hereby approved in its entirety.

Consistent with the terms of the agreement, defendants are directed to release the settlement funds to class counsel. Class counsel is ordered to make the appropriate distributions to Rickey Higgins, to the members of the classes, and to the *cy pres* recipient. Further, class counsel's motion for fees and costs [Doc. No. 39] is granted.

Two individuals timely requested exclusion from the classes, and they are both excluded from this lawsuit and from the class settlement. *See* Doc. No. 38. The claims of Higgins and of all remaining class members are dismissed with prejudice, and this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of April 2019.

                                                UNITED STATES DISTRICT JUDGE