# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICKEY DON HIGGINS, on behalf of**                                          **PLAINTIFF**
**himself and others similarly situated**

v.                    **CASE NO. 4:17-CV-00794 BSM**

**RIABLE LAW FIRM, INC. d/b/a RIABLE LAW FIRM**
**MARK JUSTIN RIABLE**                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of April 2019.

_____
UNITED STATES DISTRICT JUDGE